1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ERIN MONTGOMERY,<br><br>    Plaintiff,<br><br>vs.<br><br><br>USAA CASUALTY INSURANCE COMPANY, a foreign insurance company doing business in Washington state,<br><br>    Defendant. | CASE NO. 20-CV-798-RSM<br><br><br>**STIPULATION AND ORDER GRANTING USAA CASUALTY INSURANCE COMPANY'S MOTION TO TRANSFER VENUE (28 USC § 1404(a))**<br><br>**CLERK'S ACTION REQUIRED** |

Plaintiff Erin Montgomery and Defendant USAA Casualty Insurance Company ("USAA CIC") have agreed that this action should be transferred to the United States District Court for the Eastern District of Washington. A stipulation and proposed order effectuating the transfer follow below:

## I.
## STIPULATION

1. On July 20, 2020, USAA CIC filed a motion to transfer venue in this action to the Eastern District of Washington. (Dkt. No. 6.)

2. Following receipt of the motion, Plaintiff Erin Montgomery contacted USAA CIC and

STIPULATION AND ORDER GRANTING
DEF. USAA CIC'S MOTION
TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 1

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518

1. agreed to stipulate to the transfer.

3. The parties agree that transfer of venue is "in the interest of justice" within the meaning of 28 U.S.C. § 1404(a).

4. The parties further agree that the Eastern District of Washington is a venue where this action "might have been brought" within the meaning of 28 U.S.C. § 1404(a). Specifically, the parties agree that the Eastern District of Washington is "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred," within the meaning of 28 U.S.C. § 1391(b)(2).

5. The parties agree that no costs or attorney's fees should be assessed against either party.

6. Based on the foregoing, the parties agree that the Court should GRANT Defendant USAA CIC's motion to transfer venue (Dkt. No. 6).

| DKM LAW GROUP, LLP | GLP ATTORNEYS, P.S., INC. |
|---|---|
| Dated this 21st day of July, 2020. | Dated this 21st day of July, 2020. |
| By */s/ Brian R. Davis* <br> BRIAN R. DAVIS (WSBA No. 53414) <br> brd@dkmlawgroup.com <br> 1700 7th Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Attorneys for Defendant <br> USAA CASUALTY INSURANCE COMPANY | By */s/ Janelle M. Carney* <br> JANELLE M. CARNEY (WSBA No. 53414) <br> jcarney@glpattorneys.com <br> 601 West Main Avenue, Suite 305 <br> Spokane, WA  99201 <br> Attorneys for Plaintiff <br> ERIN MONTGOMERY |

STIPULATION AND ORDER GRANTING
DEF. USAA CIC'S MOTION TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 2

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518

## II.
## ORDER

Having reviewed the foregoing stipulation of the parties and the motion of Defendant USAA CIC to transfer venue to the Eastern District of Washington, the Court ORDERS as follows:

1. Defendant USAA CIC's Motion to Transfer Venue via 28 U.S.C. § 1404(a) (Dkt. No. 6) is GRANTED.
2. The Clerk shall TRANSFER this action to the United States District Court for the Eastern District of Washington.

IT IS SO ORDERED.

Dated this 29th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DKM LAW GROUP, LLP

Dated this 21st day of July, 2020.

By /s/ Brian R. Davis
　　BRIAN R. DAVIS (WSBA No. 53414)
　　brd@dkmlawgroup.com
　　1700 7th Avenue, Suite 2100
　　Seattle, WA 98101
　　Attorneys for Defendant
　　USAA CASUALTY INSURANCE COMPANY

STIPULATION AND ORDER GRANTING
DEF. USAA CIC'S MOTION
TO TRANSFER VENUE
Case No. 20-CV-798-DWC – Page 3

DKM LAW GROUP LLP
1700 7th Avenue, Suite 2100
Seattle, Washington 98101
Tel: 206.407.2518